**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.** 15-20787

**CR - KING**

TORRES

**18 U.S.C. § 1029(a)(2)**
**18 U.S.C. § 1028A(a)(1)**
**18 U.S.C. § 1029(c)(1)(C)**
**18 U.S.C. § 982(a)(2)(B)**

FILED by ___ D.C.
OCT 02 2015
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

**UNITED STATES OF AMERICA,**

**vs.**

**SCOTTE CHERENFANT,**

**Defendant.**
______________________________/

**INDICTMENT**

The Grand Jury charges that:

**COUNT 1**

From on or about October 16, 2014, the exact date being unknown to the Grand Jury, through on or about January 29, 2015, in Miami-Dade County and Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**SCOTTE CHERENFANT,**

did knowingly, and with intent to defraud, traffic in and use one or more unauthorized access devices, that is, credit cards issued to other persons, during any one-year period, and by such conduct did obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

**COUNTS 2-3**

On or about the dates enumerated as to each count below, in Miami-Dade County and Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**SCOTTE CHERENFANT,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), that is, knowingly, and with intent to defraud, trafficking in and using one or more unauthorized access devices, that is, credit cards issued to other persons, during any one-year period, and by such conduct obtaining anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, as charged in Count 1, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, as specified in each count below:

| Count | Approximate Date | Means of Identification |
|---|---|---|
| 2 | October 16, 2014 | Name and Capital One account number ending in 2285 of "A.E." |
| 3 | January 10, 2015 | Name and JP Morgan Chase account number ending in 4111 of "P.C." |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

**FORFEITURE ALLEGATIONS**

1. The allegations in this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **SCOTTE CHERENFANT**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1029, the defendant shall forfeit to the United States of America: (a) all property constituting, or derived

from, proceeds obtained, directly or indirectly, as the result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (b) any personal property used, or intended to be used, to commit such offense, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

3. The property which is subject to forfeiture includes a forfeiture money judgment in the amount of the value of any property that constitutes or is derived from proceeds obtained as a result of the offenses, and any personal property that was used or intended to be used to commit or facilitate the commission of the offenses.

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

JAMIE R. GALVIN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA** **CASE NO.** ____________________

**vs.**

**SCOTTE CHERENFANT,**

**Defendant.**
______________________________/

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

_x_ Miami ___ Key West
___ FTL ___ WPB ___ FTP

New Defendant(s) Yes ____ No ____
Number of New Defendants ____
Total number of counts ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) No
List language and/or dialect ____________

4. This case will take _3-4_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

| (Check only one) | | | (Check only one) | |
|---|---|---|---|---|
| I | 0 to 5 days | x | Petty | |
| II | 6 to 10 days | | Minor | |
| III | 11 to 20 days | | Misdem. | |
| IV | 21 to 60 days | | Felony | x |
| V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No) No
If yes:
Judge: Case No. ____________
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No) No
If yes:
Magistrate Case No. ____________
Related Miscellaneous numbers: ____________
Defendant(s) in federal custody as of ____________
Defendant(s) in state custody as of ____________
Rule 20 from the ____________ District of ____________

Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes _x_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes _x_ No

JAMIE R. GALVIN
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5501896

*Penalty Sheet(s) attached

REV 4/8/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:** SCOTTE CHERENFANT

**Case No:** ______________________

Count #: 1

Use of Unauthorized Access Devices to Obtain Anything of Value Aggregating $1,000 or More

Title 18, United States Code, Section 1029(a)(2)

***Max. Penalty:** 10 Years of Imprisonment

Counts #: 2–3

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

***Max. Penalty:** 2 Years of Imprisonment Consecutive to Any Other Sentence

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**