UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:15-cr-20787-JLK-1

UNITED STATES OF AMERICA,

v.

SCOTTE CHERENFANT,

      Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS EVIDENCE

THIS CAUSE is before the Court on the December 6, 2021 Report and Recommendation ("R&R") (DE 52) of Magistrate Judge John J. O'Sullivan. No objections were filed and the time to do so has passed.

The R&R recommends denying Defendant's Motion to Suppress Evidence (DE 22). Upon consideration of the record and the R&R, the Court finds that Magistrate Judge O'Sullivan's well-reasoned R&R accurately states the facts and law of the case.

Therefore, it is **ORDERED, ADJUDGED and DECREED** that:

1. Magistrate Judge John J. O'Sullivan's Report and Recommendation **(DE 52)** be, and the same is, hereby **AFFIRMED** and **ADOPTED** as an Order of this Court; and

2. Defendant's Motion to Suppress Evidence **(DE 22)** is hereby **DENIED.**

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 21st day of December, 2021.

                                            JAMES LAWRENCE KING
                                            UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge John J. O'Sullivan
        All counsel of record